

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Elizabeth A. Weishaupl*

**Elizabeth A. Weishaupl**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Arapahoe County District Court 18th JD
Filing Date: May  4 2011  2:07PM MDT
Filing ID: 37403392
Review Clerk: N/A

DISTRICT COURT, ARAPAHOE COUNTY, COLORADO
Court Address: 7325 S. Potomac St., Englewood, CO 80112

**Plaintiff:** CS Capital Corp. dba The Invoice Bankers Corp.

**Defendants:** Local Senior Services, a Nevada corporation, and Randy Kalani Fahilga

Attorney for CS Capital Corp. dba The Invoice Bankers Corp.:
Name: Andrew M. Toft
Address: 216 16th Street, Suite 1210
             Denver, CO 80202-5194
Phone Number: (303) 436-0980
Fax Number:    (303) 436-0983
E-mail: andrewmtoft@andrewmtoft.com
Atty.Reg. #12550

▲ COURT USE ONLY ▲

Case Number 11CV502

Division 408

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RETURNS OF SERVICE

THE COURT, having read plaintiff's motion for extension of time file returns of service,

ORDERS:

Plaintiff CS Capital Corp. dba The Invoice Bankers Corp. is granted an extension of time to and including Friday, July 1, 2011, to file returns of service.

SO ORDERED this _____ day of _____ 2011

BY THE COURT:

_____
Elizabeth A. Weishaupl
Arapahoe District Court Judge