

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

Charles M. Pratt
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Arapahoe County District Court 18th JD
Filing Date: Jun 28 2011  4:55PM MDT
Filing ID: 38405453
Review Clerk: N/A

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>Court Address: 7325 S. Potomac St., Englewood, CO 80112 | |
| **Plaintiff:** CS Capital Corp. dba The Invoice Bankers Corp.<br><br>**Defendants:** Local Senior Services, a Nevada corporation, and Randy Kalani Fahilga | |
| Attorney for CS Capital Corp. dba The Invoice Bankers Corp.:<br>Name: Andrew M. Toft<br>Address: 216 16th Street, Suite 1210<br>              Denver, CO 80202-5194<br>Phone Number: (303) 436-0980<br>Fax Number:    (303) 436-0983<br>E-mail: andrewmtoft@andrewmtoft.com<br>Atty.Reg. #12550 | ▲ COURT USE ONLY ▲<br><br>Case Number 11CV502<br><br>Division 408 |
| **ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE RETURNS OF SERVICE** | |

THE COURT, having read plaintiff's second motion for extension of time file returns of service,

ORDERS:

Plaintiff CS Capital Corp. dba The Invoice Bankers Corp. is granted an extension of time to and including Friday, September 2, 2011, to file returns of service.

SO ORDERED this _____ day of _____ 2011

BY THE COURT:

_____
Elizabeth A. Weishaupl
Arapahoe District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Arapahoe County District Court 18th JD |
| **Judge:** | Elizabeth A Weishaupl |
| **File & Serve Transaction ID:** | 38372546 |
| **Current Date:** | Jun 28, 2011 |
| **Case Number:** | 2011CV502 |
| **Case Name:** | CS Capital Corp. dba The Invoice Bankers Corp. v. Local Senior Services, a Nevada corporation, and Randy Kalani Fahilga |

**/s/ Judge Charles M Pratt**