Case 1:11-cv-02357-WYD-MEH   Document 29   Filed 01/31/12   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02357-WYD-MEH

CS CAPITAL CORP., d/b/a THE INVOICE BANKERS CORP.,

    Plaintiff,

v.

LOCAL SENIOR SERVICES, and
RANDY KALANI FAHILGA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 31, 2012.**

    Plaintiff's Motion to Amend and File First Amended Complaint [filed January 31, 2012; docket #27] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The Court reminds the parties that it "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel. " D.C. Colo. LCivR 7.1A (emphasis added). It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule..." *Id.*