IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02357-WYD-MEH

CS CAPITAL CORP., d/b/a THE INVOICE BANKERS CORP.,

      Plaintiff,

v.

LOCAL SENIOR SERVICES,
RANDY KALANI FAHILGA, and
ILD CORP. f/k/a ILD Telecommunications, Inc.,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 9, 2012.**

      Plaintiff's (Partially Unopposed) Motion to Amend Caption [filed May 7, 2012; docket #40] is **granted**. The Clerk of the Court is directed to amend the caption as follows: Defendant ILD shall be referred to as "ILD Corp. f/k/a ILD Telecommunications, Inc."