IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02357-WYD-MEH

CS CAPITAL CORP. d/b/a THE INVOICE BANKERS CORP.,

    Plaintiff,

v.

LOCAL SENIOR SERVICES,
RANDY KALANI FAHILGA, and
ILD CORP. f/k/a ILD Telecommunications, Inc.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff CS Capital Corp.'s Motion for Default Judgement, filed May 10, 2012 [ECF No. 44] is **DENIED WITHOUT PREJUDICE**.  Plaintiff must first request a entry of default pursuant to Fed. R. Civ. P. 55(a).

    Dated: May 10, 2012.