IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-02357-WYD-MEH | Date:   July 27, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| CS CAPITAL CORP., | Andrew Toft |
| Plaintiff, | |
| vs. | |
| LOCAL SENIOR SERVICES, RANDY KALANI FAHILGA, and ILD CORP., | No appearances |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     10:49 a.m.

Court calls case.  Appearance of counsel.

Argument and discussion regarding Motion for Default Judgment (Doc. #50, filed 5/25/12).

Mr. Toft is granted leave to file a supplement to his Motion for Default Judgment on or before **August 3, 2012.**  Mr. Toft moves to admit the exhibits attached to the motion.

**ORDERED:**   Mr. Toft's oral motion to admit exhibits is granted.  The exhibits attached to the Motion for Default Judgment are admitted.

The Court takes the motion under advisement.

**Court in recess:**       11:12 a.m.   (Hearing concluded)
**Total time in court:**   0:23