IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02357-WYD-MEH

CS CAPITAL CORP., d/b/a THE INVOICE BANKERS CORP.,

      Plaintiff,

v.

LOCAL SENIOR SERVICES,
RANDY KALANI FAHILGA, and
ILD CORP. f/k/a ILD Telecommunications, Inc.,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 27, 2012.**

     Plaintiff's Unopposed Motion to Vacate Final Pretrial Conference [filed August 23, 2012; docket #60] is **granted**. The Final Pretrial Conference scheduled in this case for August 28, 2012, is hereby **vacated**. Within three business days of receiving Chief Judge Daniel's order on Defendant ILD Corp.'s motion to dismiss, the parties shall file a Status Report with the Court indicating whether a supplemental Scheduling Conference is necessary.