IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02357-WYD-MEH

CS CAPITAL CORP. d/b/a THE INVOICE BANKERS CORP.,

    Plaintiff,

v.

LOCAL SENIOR SERVICES,
RANDY KALANI FAHILGA, and
ILD CORP. f/k/a ILD Telecommunications, Inc.,

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING
MAGISTRATE JUDGE'S RECOMMENDATION**

---

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment [DE-50]. The Court referred the motion to Magistrate Judge Michael E. Hegarty for a recommendation, which he issued on August 15, 2012 [DE-59]. Magistrate Judge Hegarty recommends that the Court grant in part and deny in part the motion for default judgment. Noting that no objections have been filed, and after reviewing the matter *de novo*, the Court will affirm and adopt Magistrate Judge Hegarty's thorough recommendation. Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge Michael E. Hegarty dated August 15, 2012 (DE-59) is **AFFIRMED and ADOPTED**. In accordance therewith, it is

ORDERED that default judgment shall be entered in favor of plaintiff CS Capital Corp., d/b/a The Invoice Bankers Corp. and against defendants Local Senior Services and defendant Randy Kalani Fahilga, jointly and severally, in the amount principal amount of $484,800.46, pre-judgment at a rate of 30% per annum, totaling $231,110.36 through August 3, 2012, plus all additional interest accrued through the date judgment is entered, attorney's fees in the amount of $9,3000.00, costs as determined by the Clerk of the Court, and post judgment interest at the rate specified in 28 U.S.C. § 1961.

Dated: December 11, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE