IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02357-WYD-MEH

CS CAPITAL CORP., d/b/a THE INVOICE BANKERS CORP.,

    Plaintiff,

v.

LOCAL SENIOR SERVICES, and
RANDY KALANI FAHILGA,

    Defendants.

# ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Plaintiff/Judgment Creditor's Ex Parte Motion to Depose JP Morgan Chase Bank, N.A. [filed May 30, 2014; docket #67] is **granted** as follows.

Rule 69 governs executions of judgments. Fed. R. Civ. P. 69(a)(2) states:

> *Obtaining Discovery.* In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person—including the judgment debtor—as provided in these rules or by the procedure of the state where the court is located.

Here, the Plaintiff/Judgment Creditor seeks to depose a representative of the bank at which the Defendants purportedly hold accounts. In Colorado, Rule 69 also governs the execution of judgments and post-judgment proceedings. Colo. R. Civ. P. 69 provides, in pertinent part:

> **Witnesses.** Witnesses may be subpoenaed to appear and testify in accordance with C.R.C.P. 45.

> **Depositions**. After entry of a final money judgment, the judgment creditor, upon order of court which may be obtained ex parte, may take the deposition of any person including the judgment debtor, in the manner provided in these Rules.

Colo. R. Civ. P. 69(h) & (i). Accordingly, the Court will grant Plaintiff/Judgment Creditor's motion

to serve a subpoena upon a representative of JP Morgan Chase Bank, N.A. for the purpose of obtaining discovery through a deposition as to the accounts held and loans issued to Defendants Local Senior Services and Randy Kalani Fahilga.

Dated at Denver, Colorado, this 3rd day of June, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge